OETKEN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 25 2012

DON KING PRODUCTIONS, INC., :

                Plaintiff, : 12 Civ. 7890 (JPO)

    - against - : **ORDER TO SHOW CAUSE**
                                    **FOR PRELIMINARY INJUNCTION**

RYAN COYNE, :

                Defendant. :

------------------------------------------------------------X

        Upon the Complaint; the Affidavit of T. Barry Kingham, Esq., dated October 23, 2012; the Affidavit of Dana Jamison, dated October 22, 2012 and its exhibits; and the accompanying Memorandum Of Law In Support Of Motion For A Preliminary Injunction, it is hereby:

        ORDERED, that defendant Ryan Coyne show cause before this Court, at Room 15-D, United States Courthouse, 500 Pearl Street, New York, NY 10007 on the 1st day of November ~~October~~ 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

        preliminarily and permanently enjoining defendant Ryan Coyne from engaging in any professional boxing bouts that are not arranged, secured and promoted or consented to by Don King Productions, Inc. ("DKP") during the term of Coyne's exclusive promotional agreement with DKP, including but not limited to a bout scheduled for November 10, 2012 against Nathan Cleverly in Los Angeles, California; and it is further

Security in the amount of $10,000 will be posted by 11/1/12.

-2-

ORDERED that service of a copy of this Order, the Summons and Complaint and the annexed affidavits, and all accompanying papers upon the defendant or his counsel by ✓ Oct. 26, 2012 on or before 3:00 pm shall be deemed good and sufficient service.

Dated: New York, New York
October 25, 2012

SO ORDERED:

_____
United States District Judge

-2-

13308892